# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

```
ROBERT PEAT, Wrongful Death
Representative for the Estate of
Scott Peat and Marten Transport,LTD
              V.                    Case Number:
Bennett Heavy and Specialized, LLC,
Chase Poe,Appointed Administrator for
the Estate of David K. Poe and Estate
```

---

### PRAECIPE

TO THE CLERK OF THIS SAID COURT:

　　　　Please issue a <u>SUMMONS (to each of the Defendants)</u>

in the above-entitled cause for:

<u>1.) Bennett Heavy and Specialized, LLC, 2.)Estate of David K. Poe and 3.) Estate of Patricia Poe</u>

_____

Attorney for

5/10/2024
_____
Date