**KHALE J. LENHART, #7-4581**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROBERT PEAT, Wrongful Death Representative for the Estate of Scott Peat and Marten Transport, LTD. as Involuntary Plaintiff,<br><br>Plaintiffs,<br><br>vs.<br><br>BENNETT HEAVY AND SPECIALIZED, LLC, CHASE POE, Appointed Administrator for the ESTATE OF DAVID POE and ESTATE OF PATRICIA POE,<br><br>Defendants. | Civil No. 24-CV-98R |

## *NOTICE OF COMPLEXITY OF CIVIL CASE*

Pursuant to U.S.D.C. Local Rule 16.4, the Defendants hereby notify the Court and opposing parties that the above named civil case is:

   ✓ NON-COMPLEX   \_\_\_\_\_ COMPLEX

Dated: 18 June 2024.

BENNETT HEAVY AND SPECIALIZED, LLC
and CHASE POE, Defendants

BY: s/Tyson R. Woodford
    **KHALE J. LENHART, #7-4581**
    **TYSON R. WOODFORD, #8-6650**
    OF HIRST APPLEGATE, LLP
    Attorneys for Defendants
    P. O. Box 1083
    Cheyenne, WY 82003-1083
    Phone: (307) 632-0541
    Fax: (307) 632-4999
    klenhart@hirstapplegate.com
    twoodford@hirstapplegate.com

### *CERTIFICATE OF SERVICE*

I certify the foregoing ***Notice of Complexity of Civil Case*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 18 June 2024, and that copies were served as follows:

| | |
|---|---|
| Grant H. Lawson/Joseph Chenchar<br>Metier Law Firm<br>4828 S. College Avenue<br>Fort Collins, CO 80525<br>*Attorney for Plaintiffs* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

    s/Norma J. Hubka
OF HIRST APPLEGATE, LLP
Attorneys for Defendants