**KHALE J. LENHART, #7-4581**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ROBERT PEAT, Wrongful Death Representative for the Estate of Scott Peat and Marten Transport, LTD. as Involuntary Plaintiff,<br><br>Plaintiffs,<br><br>vs.<br><br>BENNETT HEAVY AND SPECIALIZED, LLC, CHASE POE, Appointed Administrator for the ESTATE OF DAVID POE and ESTATE OF PATRICIA POE,<br><br>Defendants. | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} | Civil No. 24-CV-98R |

## *DEFENDANT ESTATE OF PATRICIA POE'S MOTION TO DISMISS*

The Estate of Patricia Poe (hereinafter "Defendant"), pursuant to FED. R. CIV. P. 12(b)(6) and U.S.D.C.L.R. 7.1(b)(2), hereby moves this Court to dismiss Plaintiff's *Complaint* [Doc. No. 1] as to the Estate of Patricia Poe. All causes of action and damages claims against the Estate of Patricia Poe are subject to dismissal for the reasons set forth in the accompanying *Defendant Estate of Patricia Poe's Memorandum in Support of Motion to Dismiss*.

**NOW THEREFORE**, Defendant Estate of Patricia Poe respectfully requests that the Court dismiss Plaintiff's *Complaint* as to the Estate of Patricia Poe, and award Defendant all other relief it deems appropriate as a result of the dismissal.

Dated: 18 June 2024.

THE ESTATE OF PATRICIA POE, Defendant

BY: s/Tyson R. Woodford
**KHALE J. LENHART, #7-4581**
**TYSON R. WOODFORD, #8-6650**
OF HIRST APPLEGATE, LLP
Attorneys for Above Defendant
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

### *CERTIFICATE OF SERVICE*

I certify the foregoing ***Defendant Estate of Patricia Poe's Motion to Dismiss*** was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 18 June 2024, and that copies were served as follows:

| | |
|---|---|
| Grant H. Lawson/Joseph Chenchar<br>Metier Law Firm<br>4828 S. College Avenue<br>Fort Collins, CO 80525<br>*Attorney for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

 s/Norma J. Hubka
OF HIRST APPLEGATE, LLP
Attorneys for Above Defendant